**NOTICE OF REMOVAL**
LIST OF COUNSEL OF RECORD

| **PARTY** | **COUNSEL** |
|---|---|
| PLAINTIFF CARNERO G&P LLC | Eugene M. Nettles<br>Joshua W. Wolfshohl<br>Amy C. Falcon<br>**Porter Hedges LLP**<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 226-6295<br>enettles@porterhedges.com<br>jwolfshohl@porterhedges.com<br>afalcon@porterhedges.com |
| DEFENDANT SN EF UNSUB, LP | Paul M. Basta<br>Alice Belisle Eaton<br>Andrew J. Ehrlich<br>Sean A. Mitchell<br>**Paul, Weiss, Rifkind, Wharton & Garrison LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3900<br>pbasta@paulweiss.com<br>aeaton@paulweiss.com<br>aehrlich@paulweiss.com<br>smitchell@paulweiss.com<br><br>Thomas A. Woolley, III<br>**McCloskey Roberson, PLLC**<br>945 Heights Blvd.<br>Houston, Texas 77008<br>Telephone: (713) 337-3910<br>Facsimile: (713) 868-1275<br>rwoolley@mrwpllc.com |

| **PARTY** | **COUNSEL** |
|---|---|
| DEFENDANT EAGLE FORD TX LP | Michelle Pector, Esq.<br>Jared Wilkerson, Esq.<br>**Morgan, Lewis & Bockius LLP**<br>1000 Louisiana St., Suite 4000<br>Houston, TX 77002<br>Telephone: (713) 890-5000<br>Facsimile: (713) 890-5001<br>michelle.pector@morganlewis.com<br>jared.wilkerson@morganlewis.com<br><br>Julia Frost-Davies, Esq.<br>Amy L. Kyle, Esq.<br>**Morgan, Lewis & Bockius LLP**<br>One Federal Street<br>Boston, MA 02215<br>Telephone: (617) 341-7700<br>Facsimile: (617) 341-7701<br>julia.frost-davies@morganlewis.com<br>amy.kyle@morganlewis.com |
| DEFENDANT JAVELIN EF L.P. (F/K/A VENADO EF L.P.) | Sydney Corry<br>**Kirkland & Ellis LLP**<br>**Kirkland & Ellis International LLP**<br>609 Main Street<br>Houston, Texas 77002<br>Telephone: (713) 836-3600<br>Facsimile: (713) 836-3601<br>sydney.corry@kirkland.com<br><br>Conor P. McNamara<br>**Kirkland & Ellis LLP**<br>**Kirkland & Ellis International LLP**<br>300 N. LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>conor.mcnamara@kirkland.com |

| PARTY | COUNSEL |
|---|---|
| DEFENDANT MITSUI E&P TEXAS LP | Duston K. McFaul<br>Maegan Quejada<br>**Sidley Austin LLP**<br>1000 Louisiana St., Suite 5900<br>Houston, Texas 77002<br>Telephone: (713) 495-4500<br>dmcfaul@sidley.com<br>mquejada@sidley.com |
| DEFENDANT MESQUITE ENERGY, INC. F/K/A SANCHEZ ENERGY CORPORATION | James G. Munisteri<br>**Foley & Lardner LLP**<br>1000 Louisiana, Suite 2000<br>Houston, Texas 77002<br>Tel. 713.276.5500 / Fax 713.276.5555<br>jmunisteri@foley.com<br><br>Dennis Jenkins<br>Joseph Bretschneider<br>**Willkie Farr & Gallagher LLP**<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-8276<br>Facsimile: (212) 728-8111<br>djenkins@willkie.com<br>jbretschneider@willkie.com<br><br>Mark T. Stancil<br>**Willkie Farr & Gallagher LLP**<br>1875 K Street, N.W.<br>Washington, DC 20006-1238<br>Telephone: (202) 303-1133<br>Facsimile: (202) 303-2133<br>mstancil@willkie.com |