**HCDistrictclerk.com** CARNERO G&P LLC vs. SN EF UNSUB LP 2/26/2022

Cause: 202204224 CDI: 7 Court: 215

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 100529484 | Stipulation | | 02/22/2022 | 6 |
| 100319097 | Affidavit of Service-Amdd Pet-Eagle Ford TX | | 02/10/2022 | 4 |
| 100319475 | Affidavit of Service-Amdd Pet-Mesquite Energy | | 02/10/2022 | 4 |
| 100319624 | Affidavit of Service-Amdd Pet-Mitsui E&P Texas | | 02/10/2022 | 4 |
| 100319794 | Affidavit of Service-Amdd Pet-SN EF Maverick | | 02/10/2022 | 4 |
| 100322770 | Affidavit of Service | | 02/10/2022 | 4 |
| 100300139 | Return of Service | | 02/09/2022 | 4 |
| 100300152 | Affidavit of Service | | 02/09/2022 | 4 |
| 100300239 | Return of Service | | 02/09/2022 | 4 |
| 100300242 | Return of Service | | 02/09/2022 | 4 |
| 100300454 | Return of Service | | 02/09/2022 | 4 |
| 100148754 | Request for Issuance of Service | | 02/01/2022 | 2 |
| 100152210 | Affidavit of Service | | 02/01/2022 | 3 |
| 100072998 | Plaintiff's Amended Petition | | 01/27/2022 | 13 |
| ·> 100073001 | Request for Issuance of Service | | 01/27/2022 | 6 |
| 99991210 | Plaintiff's Original Petition | | 01/21/2022 | 13 |
| ·> 99991211 | Civil Case Information Sheet | | 01/21/2022 | 2 |
| ·> 99991212 | Request for Issuance of Service | | 01/21/2022 | 6 |