**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Sanchez Energy Corporation, et. al., | § | Case No. 19-34508 |
| | § | |
| Reorganized Debtors.[1] | § | (Jointly Administered) |
| | § | |
| | § | |
| | § | |
| Carnero G&P, LLC | § | Civil Action No. 4:23-cv-00587 |
| Appellant, | § | |
| | § | Adversary No. 22-03035 |
| v. | § | |
| | § | |
| SN EF UnSub LP, Mesquite Energy, | § | |
| Inc., Mesquite Comanche Holdings, | § | |
| LLC, Eagle Ford TX LP, Venado EF | § | |
| L.P., Mitsui E&P Texas LP, and SN EF | § | |
| Maverick, LLC, | § | |
| Appellees. | § | |

**CARNERO G&P LLC'S NOTICE OF APPEAL TO**
**THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Pursuant to Federal Rules of Appellate Procedure 3 and 6(b), notice is given that Carnero G&P LLC, who was Plaintiff in the bankruptcy court and is Appellant in this bankruptcy appeal, hereby appeals to the United States Court of Appeals for the Fifth Circuit from (1) the Memorandum Opinion and Order of the United States District Court for the Southern District of Texas entered in this case on February 22, 2024 [Docket No. 44], and (2) the Order the United

[1] The "Reorganized Debtors," along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102) (now known as Mesquite Energy, Inc.); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Reorganized Debtors' service address is 700 Milam Street, Suite 600, Houston, Texas 77002.

States District Court for the Southern District of Texas entered in this case on April 4, 2024 [Docket No. 56].

Dated: May 3, 2024.

Respectfully submitted,

**PORTER HEDGES LLP**

*/s/ Joshua W. Wolfshohl*

Joshua W. Wolfshohl SBN 24038592
Aaron J. Power SBN 24058058
Lauren B. Harris SBN 02009470
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6295
jwolfshohl@porterhedges.com
apower@porterhedges.com
lharris@porterhedges.com

*Attorneys for Carnero G&P LLC*

**Certificate of Service**

This will certify that on May 3, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States District Court for the Southern District of Texas.

*/s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl



15337628